

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SUSAN MARIE BROWN and
LEON BROWN                                                      PLAINTIFFS

VS.                                              CIVIL ACTION NO. 3:04CV858LN

CENTEX HOME EQUITY COMPANY, LLC
d/b/a CENTEX HOME EQUITY CORPORATION,
B&B MORTGAGE, INCORPORATION, DAVID
TROY BRAY, JOHN ALLEN DERIVAUX, JR.
and JOHN DOES 1-10                                              DEFENDANTS

### AGREED ORDER OF DISMISSAL

**THIS MATTER** came before the Court on the Motion *ore tenus* of the Plaintiffs and Centex Home Equity Company, LLC f/k/a Centex Home Equity Corporation ("CHEC") to dismiss this civil action with prejudice on the basis that said parties have reached a settlement in this matter. The Court, having considered the Motion, and been informed that John Allen Derivaux, Jr. has been previously dismissed from this action and that B&B Mortgage, Incorporated and David Troy Bray have not filed an Answer or entered an appearance in this cause, does hereby find that said Motion to Dismiss is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that this civil action be, and hereby is, dismissed with prejudice in its entirety as to all remaining parties and all claims and that all parties are to bear their own costs.

SO ORDERED, this the 3rd day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED FOR ENTRY:

_____
Reid S. Bruce, Attorney for Plaintiffs

_____
Mark H. Tyson,
Attorney for Centex Home Equity Company, LLC
d/b/a Centex Home Equity Corporation